| AO-10 Rev. 1/2004 | **FINANCIAL DISCLOSURE REPORT** Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Anderson, Jr., George R | 2. Court or Organization U. S. District Court, SC | 3. Date of Report 5/3/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. District Judge (Active) | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address Post Office Box 2147 Anderson, SC 29622 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. 2004 Chairman, Foundation Council; Emeritus Member, Board of Visitors/Dir. | Anderson College |
| 2. Board of Directors | Anderson County Museum |
| 3. Founders Council | Clemson University Calhoun Lecture Series |
| 4. Honorary Chairman/Capital Campaign | Anderson Area YMCA Facility Design & Review Committee |
| 5. Board of Directors | Anderson Area YMCA |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE RECEIVED 2004 MAY 11 A 11:20

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | SC Trial Lawyers Association | August 7-10, 2003, Hilton Head, SC (Hotel and Registration Fee) |
| 2. | SC Trial Lawyers Association | December 4-7, 2003, Atlanta, GA: Seminar Speaker (Hotel) |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code<br>1 (A-<br>H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| ☐ NONE    (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.    PROPERTY #1, ANDERSON, SC | | None | J | W | | | | | |
| 2.    INSURED MUNICIPAL INCOME TRUST BOND (9.36%) | A | Interest | J | T | P. Redeem | 1/25 | J | | |
| 3.    COMMUNITY FIRST BANCORPORATION COMMON STOCK | A | Dividend | L | T | | | | | |
| 4.    SC STATE PORTS AUTHORITY BOND (7.5%) | | None | | | Redeem | 1/27 | M | | See Note #1 in Part VIII |
| 5.    SC RESOURCES AUTHORITY LOCAL GOVERNMENT BOND (7.2%) | D | Interest | K | T | P. Redeem | 6/1 | K | A | |
| 6. | | | | | P. Redeem | 12/1 | K | A | |
| 7.    SUMTER SC WATERWORKS & SEWER SYSTEM BOND (5.5%) | B | Interest | | | Redeem | 6/1 | L | B | |
| 8.    GREENVILLE SC HOSPITAL BOND (5.5%) | A | Interest | | | Redeem | 5/1 | J | A | |
| 9.    ANDERSON COUNTY SC HOSPITAL BOND (5.250%) | A | Interest | | | Redeem | 8/1 | J | A | |
| 10.    ANDERSON COUNTY SC HOSPITAL BOND (5.125%) | A | Interest | | | Redeem | 8/1 | J | A | |
| 11.    M.M.A.T., ANDERSON, SC (COMM. REAL ESTATE - 1/4 INT.) | | None | | | Sold | 3/25 | M | G | |
| 12.    SC PUBLIC SERVICE AUTHORITY BOND (5.50%) | A | Interest | | | Redeem | 1/2 | J | A | |
| 13.    CHARLESTON CO. SC HOSPITAL BOND (5.625%) | B | Interest | K | T | | | | | |
| 14.    SC STATE HOUSING AUTHORITY BOND (6.45%) | C | Interest | L | T | P. Redeem | 1/1 | J | A | |
| 15. | | | | | P. Redeem | 7/1 | J | A | |
| 16.    CHARLESTON CO. SC HOSPITAL BOND (5.625%) | B | Interest | K | T | | | | | |
| 17.    DARLINGTON CO. SC BOND (6.125%) | C | Interest | L | T | | | | | |
| 18.    RICHLAND-LEXINGTON SC AIRPORT BOND (6.125%) | B | Interest | K | T | | | | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100,000      G = $100,001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5,000,000

2. Value Codes:      J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
   (See Columns C1 and D3)      N = $250,000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000

3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. CHARLESTON CO. SC BOND (5.5%) | C | Interest | K | T | | | | | |
| 20. CHARLESTON CO. SC BOND (5.5%) | D | Interest | M | T | | | | | |
| 21. SC PUBLIC SERVICE AUTHORITY BOND (5.5%) | C | Interest | | | Redeem | 1/2 | M | D | |
| 22. YORK CO. SC SCHOOL DISTRICT 4 BOND (5.9%) | D | Interest | | | Redeem | 3/1 | M | B | |
| 23. DELAWARE DECATUR INCOME FUND (MUTUAL FUND) | | None | | | Sold | 6/9 | L | | |
| 24. MOUNTAINBANK FINANCIAL CORPORATION COMMON STOCK | | | | | | | | | See Note #2 in Part VIII |
| 25. THE SOUTH FINANCIAL GROUP, INC. COMMON STOCK | A | Dividend | M | T | Exchange | 10/3 | | | |
| 26. COMMUNITY CAPITAL CORP. COMMON STOCK (BELTON BANK) | A | Dividend | K | T | | | | | |
| 27. PROPERTY #2, ANDERSON, SC | | None | L | W | | | | | |
| 28. SPARTANBURG COUNTY SC HEALTH SERVICES BOND (5.5%) | D | Interest | L | T | | | | | |
| 29. LEXINGTON CO. SC HOSPITAL BOND (5.125%) | C | Interest | K | T | | | | | |
| 30. SPARTANBURG CO. SC HEALTH SERVICES BOND (5.125%) | D | Interest | M | T | | | | | |
| 31. SC PUBLIC SERVICE AUTHORITY BOND (5%) | B | Interest | K | T | P. Redeem | 7/3 | K | A | |
| 32. BANK OF ANDERSON ACCOUNT, ANDERSON, SC | A | Interest | M | T | | | | | |
| 33. GRANDSOUTH BANCORPORATION COMMON STOCK | A | Dividend | K | T | | | | | |
| 34. PEOPLES BANCORPORATION, INC. COMMON STOCK | A | Dividend | K | T | | | | | |
| 35. REGIONS FINANCIAL CORP. COMMON STOCK | C | Dividend | L | T | | | | | |
| 36. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | D | Interest | M | T | | | | | |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less F = $50,001-$100,000 | B = $1,001-$2,500 G = $100,001-$1,000,000 | C = $2,501-$5,000 H1 = $1,000,001-$5,000,000 | D = $5,001-$15,000 H2 = More than $5,000,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Columns C1 and D3) | J = $15,000 or less N = $250,000-$500,000 P3 = $25,000,001-$50,000,000 | K = $15,001-$50,000 O = $500,001-$1,000,000 | L = $50,000-$100,000 P1 = $1,000,001-$5,000,000 P4 = $More than $50,000,000 | M = $100,001-$250,000 P2 = $5,000,001-$25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | B | Interest | | | Redeem | 7/3 | K | A | |
| 38. FLORENCE CO. HOSPITAL BOND (4.75%) | B | Interest | K | T | | | | | |
| 39. HORRY CO. HOSPITAL BOND (5.00%) | B | Interest | K | T | | | | | |
| 40. ORANGEBURG CO. SC BOND (5.70%) | D | Interest | M | T | | | | | |
| 41. MSDW IRA #1 | B | Dividend | K | T | | | | | |
| 42. - MSDW AMERICAN OPPORTUNITIES B MUTUAL FUND | | | | | | | | | |
| 43. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 44. MSDW IRA #2 | A | Dividend | J | T | | | | | |
| 45. - MSDW AMERICAN OPPORTUNITIES B MUTUAL FUND | | | | | | | | | |
| 46. - MSDW DIVIDEND GROWTH B MUTUAL FUND | | | | | | | | | |
| 47. MANDATORY IRA DISTRIBUTION: MSDW IRA #1 | B | Distribution | | | Distribution | 12/3 | | | See Note #3 in Part VIII |
| 48. MSDW GROWTH SEC. B FUND (MUTUAL FUND) | E | Dividend | N | T | | | | | |
| 49. MSDW AMERICAN OPPORTUNITIES FUND B (MUTUAL FUND) | | None | L | T | | | | | |
| 50. MSDW CAPITAL OPPORTUNITIES FUND (MUTUAL FUND) | | None | J | T | | | | | |
| 51. MANDATORY IRA DISTRIBUTION: MSDW IRA #2 | A | Distribution | | | Distribution | 12/3 | | | See Note #4 in Part VIII |
| 52. SC TRANSPORTATION INFRA-STRUCTURE BOND (5.375%) | D | Interest | N | T | | | | | |
| 53. HILTON HEAD ISLAND SC GEN. OBL. BOND (5.50%) | B | Interest | K | T | | | | | |
| 54. UNIVERSITY OF SC BOND (5.75%) | C | Interest | K | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Anderson, Jr., George R | 5/3/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. LEXINGTON CO. SC WATER & SEWER BOND (5.45%) | D | Interest | M | T | | | | | |
| 56. GREENVILLE HOSPITAL SYSTEM BOND (5.25%) | C | Interest | L | T | | | | | |
| 57. SC TRANSPORTATION INFRASTRUCTURE BOND (5.25%) | C | Interest | K | T | | | | | |
| 58. THREE RIVERS SOLID WASTE BOND (5.30%) | D | Interest | M | T | P. Redeem | 1/1 | K | | |
| 59. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | D | Interest | M | T | | | | | |
| 60. SC PUBLIC SERVICE AUTHORITY BOND (5.125%) | C | Interest | K | T | | | | | |
| 61. GREENVILLE HOSPITAL SYSTEM BOND (5.00%) | C | Interest | L | T | | | | | |
| 62. MSDW AMERICAN GROWTH FUND OF AMERICA B MUTUAL FUND | | None | K | T | | | | | |
| 63. BEAUFORT-JASPER SC WATER & SEWER BOND (5.00%) | C | Interest | L | T | | | | | |
| 64. SC STATE HOUSING DEVELOPMENT BOND (5.125%) | A | Interest | J | T | | | | | |
| 65. SC TRANSPORTATION INFRASTRUCTURE BOND (5.00%) | B | Interest | K | T | | | | | |
| 66. SPARTANBURG CO. SC HOSPITAL BOND (5.25%) | D | Interest | M | T | | | | | |
| 67. SC STATE PUBLIC SERVICE AUTHORITY SANTEE COOPER BOND(5.125%) | E | Interest | N | T | | | | | |
| 68. SC TRANSPORTATION INFRASTRUCTURE BOND (5.10%) | D | Interest | M | T | | | | | |
| 69. LEXINGTON CO. SC WATER & SEWER BOND (5.00%) | D | Interest | M | T | | | | | |
| 70. SC STATE PUBLIC SERVICE AUTHORITY SANTEE COOPER BOND(5.125%) | D | Interest | M | T | | | | | |
| 71. VAN KAMPEN COMSTOCK B MUTUAL FUND | A | Divided | L | T | Buy | 6/18 | L | | |
| 72. GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | Buy | 1/10 | M | | |

1. Income/Gain Codes:     A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000
2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,000-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000
3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | Buy | 2/4 | M | | |
| SC TRANSPORTATION INFRA. BOND (5%) | C | Interest | L | T | Buy | 3/5 | L | | |
| 75. SC TRANSPORTATION INFRA. BOND (5.10%) | C | Interest | L | T | Buy | 3/10 | L | | |
| 76. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | C | Interest | L | T | Buy | 3/13 | L | | |
| GREENVILLE CO. SC SCHOOL DISTRICT BOND (5.5%) | D | Interest | M | T | Buy | 4/2 | M | | |
| GREENVILLE HOSPITAL SYSTEMS FACILITY REV. BOND (4.6%) | A | Interest | J | T | Buy | 5/9 | J | | |
| SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | B | Interest | K | T | Buy | 5/19 | L | | |
| 80. SPARTANBURG CO. SC HEALTH SERVICES HOSPITAL BOND (5.25%) | B | Interest | L | T | Buy | 6/13 | L | | |
| 81. SC STATE PUBLIC SERVICES AUTH. SANTEE COOPER BOND (4.75%) | B | Interest | K | T | Buy | 6/13 | L | | |
| 82. SC STATE PUBLIC SERVICES AUTH. SANTEE COOPER BOND (4.75%) | | None | L | T | Buy | 7/11 | L | | |
| 83. BEAUFORT CO. SC TAX REVENUE BLUFFTON BOND (5.00%) | | None | K | T | Buy | 12/5 | K | | |
| 84. SC STATE PUBLIC SERVICES AUTH. SANTEE COOPER BOND (5.125%) | | None | K | T | Buy | 12/8 | K | | |

1. Income/Gain Codes:      A = $1,000 or less      B = $1,001-$2,500      C = $2,501-$5,000      D = $5,001-$15,000      E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:                  J = $15,000 or less      K = $15,001-$50,000      L = $50,001-$100,000      M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
                                      P3 = $25,000,001-$50,000,000                        P4 = $More than $50,000,000

3. Value Method Codes        Q = Appraisal            R = Cost (Real Estate Only)   S = Assessment         T = Cash/Market
(See Column C2)               U = Book Value           V = Other                     W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

1)  Part VII, page 1, line 4:  Bond matured in 2002.  Not sent for redemption until 2003.  No income received in 2003 since bond matured in 2002.

2)  Part VII, page 2, line 24:  Exchanged on 10/3/03 for The South Financial Group, Inc. common stock listed on line 25.

3)  Part VII, page 3, line 47:  5th mandatory IRA withdrawal.  IRA listed in Part VII, page 3, line 41.

4)  Part VII, page 3, line 51:  4th mandatory IRA withdrawal.  IRA listed in Part VII, page 3, line 44.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date _____ MAY 3, 2004 _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544